IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

v.  **CRIMINAL NO. 1:19cr62-LG-RPM-3**
**CIVIL NO. 1:22CV276-LG**

**FORTRELL LATRAE SAIN**

### ORDER

Upon consideration of the [173] Motion to proceed *in forma pauperis* on appeal to the United States Court of Appeals for the Fifth Circuit filed by the defendant in the above-entitled action, the Court notes that the application to proceed *in forma pauperis* filed by the defendant is incomplete. Accordingly, it is hereby ORDERED:

1. That within fifteen days of the entry of this order, the defendant shall file a completed (1) Authorization for Release of Institutional Account Information and Payment of the Appeal Filing Fee and (2) Certificate to be Completed by Authorized Officer, or (3) pay the required appeal filing fee of $505.

2. The Clerk shall mail the attached *in forma pauperis* Authorization and Certificate to the defendant at his last known address.

Failure to advise this court of a change of address or failure to comply with any order of this court will be deemed as a purposeful delay and contumacious act by the defendant and may result in the denial of *in forma pauperis* status or the dismissal of this appeal.

**SO ORDERED AND ADJUDGED** this the 25th day of July, 2023.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge

----------MUST BE COMPLETED BY DEFENDANT---------
Authorization for Release of Institutional Account Information and
Payment of the Appeal Filing Fee

I, _____, _____
    (Name of Defendant)                        (Prisoner Number)

authorize the Clerk of Court to obtain, from the agency having custody of my person, information about my institutional account, including balances, deposits and withdrawals. The Clerk of Court may obtain my account information from the past six months and in the future, until the appeal filing fee is paid. I also authorize the agency having custody of my person to withdraw funds from my account and forward payments to the Clerk of Court, in accord with 28 U.S.C. Section 1915.

_____
(Signature of Defendant)

_____
(Date)

> IT IS DEFENDANT'S RESPONSIBILITY TO HAVE THE APPROPRIATE PRISON
> OFFICIAL COMPLETE AND CERTIFY THE CERTIFICATE BELOW

CERTIFICATE TO BE COMPLETED BY AUTHORIZED OFFICER
*(Prisoner Accounts Only)*

I certify that the applicant named herein has the sum of $_____ on account to his credit at the _____ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution:
_____.

I further certify that during the last six (6) months the
    plaintiff's average monthly **balance** was $_____.

I further certify that during the last six (6) months the
    plaintiff's average monthly **deposit** was $_____.

_____      _____
TELEPHONE NUMBER            AUTHORIZED OFFICER OF INSTITUTION
OF OFFICER FOR VERIFICATION

                                  _____
                                  PRINT NAME OF AUTHORIZED OFFICER

_____
DATE                           RETURN COMPLETED FORM TO:
                                U. S. DISTRICT CLERK
                                501 E. Court Street, Suite 2.500
                                Jackson, Mississippi 39201